**Evelyn JENKINS, Plaintiff—Appellant,**

v.

**COUNTY OF RIVERSIDE; et al., Defendants—Appellees.**

**No. 03–55412.**

United States Court of Appeals, Ninth Circuit.

Feb. 9, 2005.

Diane Catran Roth, Esq., Roth & Roth, LLP, Riverside, CA, for Plaintiff–Appellant.

Christopher D. Lockwood, Esq., Airas Lockwood & Gray, San Bernadino, CA, for Defendants–Appellees.

Before BROWNING, PREGERSON, and BERZON, Circuit Judges.

### ORDER

The memorandum disposition filed on December 22, 2004, is withdrawn. A per curiam opinion in this matter is filed concurrently with this order. With the filing of the per curiam opinion, the request to publish the unpublished memorandum disposition is rendered moot. The County's pending petition for panel rehearing is DENIED, without prejudice to refiling a subsequent petition for rehearing and/or rehearing en banc. *See* 9th Cir. G.O. 5.3(a).

IT IS SO ORDERED.